UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN BRYANT, <br> An individual, <br> <br> Plaintiff, <br> v. <br> <br> PENTHOUSE BLOW, LLC <br> A limited liability company, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) C/A No. 2:23-cv-00469-BHH-MHC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff states that he is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 3rd day of November, 2023.

 /s/ Jordan B. Rogers
 Jordan B. Rogers; SC District Court #13785
 *Attorney for Plaintiff*
 221 Indigo Bay Circle
 Mt. Pleasant, SC 29464
 (843) 459-7005
 Email: jbrogers.esq@gmail.com